UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEDRICK PAGE, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION and HERTZ LOCAL EDITION CORP.,<br><br>Defendants. | Case No. 1:12-cv-01965-WSD |

## ORDER APPROVING
## SETTLEMENT AND DISMISSAL WITH PREJUDICE

This matter is before the Court on the Parties' Joint Motion For Settlement Approval And Dismissal With Prejudice, With Incorporated Memorandum Of Law ("Joint Motion") [Dkt. # 96]. This claim arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and, therefore, requires court approval. This Court has duly considered the representations and all of the submissions presented with respect to the respective Settlement Agreement and Releases ("Agreements"), and all related documents addressing the Plaintiffs' FLSA claims. NOW THEREFORE, after due deliberation, this Court hereby ORDERS that:

1. This Court, being fully advised in the premises and having reviewed the Parties' Joint Motion and the Parties' Agreements and related documents, hereby approves the settlement of Plaintiffs' FLSA claims as outlined in the Agreements and the Joint Motion.

2. The Agreements are fair and reasonable and is in the best interest of Plaintiffs.

3. Plaintiffs shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against Defendants as set forth in the Agreements and related settlement documents, including but not limited to any action for unpaid wages and/or liquidated damages against Defendant under the FLSA.

4. Within fifteen (15) days from the entry of this Order, Defendants are **ORDERED** to tender to Plaintiffs' counsel the settlement checks for each Plaintiff in the amounts identified in the parties' Joint Motion. Upon receipt of a signed Settlement Agreement from a Plaintiff, Plaintiffs' counsel shall send that Plaintiff his or her settlement check.

5. Within fifteen (15) days from the entry of this Order, Defendants are further **ORDERED** to pay Plaintiffs' counsel as attorney's fees and costs the total amounts identified in the parties' Joint Motion.

6. This matter is hereby **DISMISSED WITH PREJUDICE**, with this Court retaining continuing jurisdiction regarding the Agreements, the Parties' compliance with the Agreement, and compliance with this Order.

So ORDERED in this 3rd day of April, 2014.

*William S. Duffey*
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE